## James Carevic, Minor, by Victor Carevic, father and next friend, Appellant, v. Ashland Public Market, Inc., and William Kopec, Appellees.

**Gen. No. 44,941.**

Arthur A. Wolf, for appellant; Clausen, Hirsh & Miller, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 27, 1950; released for publication July 14, 1950.